UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL, <br><br> Plaintiff, <br><br> vs. <br><br> A. BUENO, et al., <br><br> Defendants. | 1:18-cv-00929-DAD-GSA-PC <br><br> **ORDER DENYING REQUEST TO VACATE ORDER REQUIRING PLAINTIFF TO PAY THE FILING FEE FOR THIS ACTION** <br> **(ECF No. 10.)** |

Kareem J. Howell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On July 10, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

On October 15, 2018, Plaintiff filed a notice of voluntary dismissal of this case under Rule 41 of the Federal Rules of Civil Procedure. (ECF No. 8.) The filing of a notice of voluntary dismissal under Rule 41 automatically terminates the action as to the defendants who are the subjects of the notice. Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995). On October 17, 2018, the case was closed. (ECF No. 9.)

Plaintiff now requests relief from payment of the filing fee for this action. Plaintiff argues that the court should vacate its order directing payment of the filing fee by the California Department of Corrections and Rehabilitation (CDCR) because the court did not screen the Complaint, no defendants were served, and the case is now closed.

Plaintiff's argument is unpersuasive. Plaintiff was notified by the court's order of July 16, 2018, that he would be obligated to pay the filing fee in full. (ECF No. 7.) Moreover, Plaintiff signed and dated his application to proceed *in forma pauperis* filed on July 10, 2018, which clearly states directly above Plaintiff's signature, "I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2)." (ECF No. 2.) Plaintiff is not excused from paying the filing fee because his case was dismissed. The filing fee is collected as payment for *filing* the case, and Plaintiff's case was *filed* on July 10, 2018. (ECF No. 1.) Therefore, Plaintiff's request shall be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for the court to vacate its order directing payment of the filing fee for this case, filed on March 25, 2019, is DENIED.

IT IS SO ORDERED.

Dated: __**March 27, 2019**__          __/s/ Gary S. Austin__
                                           UNITED STATES MAGISTRATE JUDGE